UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN L. MILLER,<br><br>                Plaintiff,<br><br>                v.<br><br>DANIEL SANCHEZ, ET AL.,<br><br>                Defendant(s). | Case No. CV 20-06-GW (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

       IT IS THEREFORE ORDERED that Judgment be entered dismissing this action with prejudice and without leave to amend.

Dated: November 9, 2022

*/s/ George H. Wu*
_____
HONORABLE GEORGE H. WU
United States District Judge